# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| AARON JOHNSON, | : No. 10 WM 2018 |
| | : |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, JUDGE MANNING, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2018, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are DISMISSED. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (noting that hybrid representation is not authorized). The Prothonotary is DIRECTED to forward the filings to counsel of record.